**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **DATE FILED:** |
| **WILLIAM F. DUNBAR, SR.** | : | **VIOLATIONS:**<br>**26 U.S.C. § 7201 (tax evasion – 2 counts)**<br>**26 U.S.C. § 7206(1) (making and subscribing a false tax return – 1 count)**<br>**26 U.S.C. § 7206(2) (aiding and assisting in the preparation of a false tax return – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)** |

## INFORMATION

### COUNT ONE
**(Tax Evasion)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

### BACKGROUND

1. Defendant WILLIAM F. DUNBAR, SR., was a resident of Pennsburg, in the Eastern District of Pennsylvania.

2. Defendant WILLIAM F. DUNBAR, SR., was a political consultant who performed work for various individual and corporate clients. In or about 2022, defendant DUNBAR established Dunbar Public Affairs & Associates ("DPAA"), a political consulting firm that he operated in Philadelphia, Pennsylvania. On its website, DPAA described itself as a "national boutique, bipartisan public affairs, and strategic communications firm." Defendant DUNBAR owned and operated DPAA from 2022 to the present.

3. Person #1 was the spouse of defendant WILLIAM F. DUNBAR, SR., and a resident of Pennsburg, in the Eastern District of Pennsylvania. Person #1 was a Director of Inclusion and Diversity at a pharmaceutical company.

4. Defendant WILLIAM F. DUNBAR, SR., prepared and filed federal and state individual income tax returns annually for himself and Person #1 through TurboTax. Defendant DUNBAR caused separate tax returns to be filed for himself and Person #1.

5. TurboTax was an interview-based online tax preparation service that guided users through filing federal and state tax returns by asking simple questions, importing Forms W-2, and populating various tax forms and schedules based on the information provided by the user.

6. From at least on or about February 23, 2020, through at least on or about February 6, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**WILLIAM F. DUNBAR, SR.,**

willfully attempted to evade and defeat a large part of the income tax due and owing by him to the United States of America, for the tax years 2019 through 2024, by committing the following affirmative acts, among others:

a. claiming false, fraudulent, and exaggerated gifts to charity on the Schedule A forms to his individual income tax returns, Forms 1040;

b. claiming false, fraudulent, and exaggerated business expenses on the Schedule C forms and Forms 2106 to his Forms 1040; and

c. preparing, signing, and filing false and fraudulent Forms 1040 for himself, which returns understated his taxable income and his tax due and owing.

In violation of Title 26, United States Code, Section 7201.

**COUNT TWO**
**(Tax Evasion)**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

At all times material to this information:

1. Paragraphs 1 through 5 of Count One are incorporated here.

2. From at least on or about January 23, 2020, through at least on or about January 26, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**WILLIAM F. DUNBAR, SR.,**

willfully attempted to evade and defeat, and aided and abetted the attempt to evade and defeat, a large part of the income tax due and owing by Person #1 to the United States of America, for the tax years 2019 through 2024, by committing the following affirmative acts, among others:

a. claiming false, fraudulent, and exaggerated gifts to charity on the Schedule A forms to Person #1's individual income tax returns, Forms 1040; and

b. preparing, signing, and filing, and causing to be prepared, signed, and filed, false and fraudulent Forms 1040 for Person #1, which returns understated Person #1's taxable income and tax due and owing.

In violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2.

**COUNT THREE**
**(Making and Subscribing a False Tax Return)**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

At all times material to this information:

1. Paragraphs 1 through 5 of Count One are incorporated here.

2. On or about February 6, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**WILLIAM F. DUNBAR, SR.,**

willfully made and subscribed a false U.S. individual income tax return, Form 1040, for the tax year 2024, which was verified by a written declaration that it was made under the penalties of perjury and filed with the Internal Revenue Service, which defendant DUNBAR did not believe to be true and correct as to every material matter, in that the return reported: (i) total business expenses of $1,450,000 (Form 2106, line 10); (ii) taxable income of $0 (Form 1040, line 15); and (iii) total tax owed of $46,091 (Form 1040, line 37); when, as defendant DUNBAR knew, his total business expenses were materially less and his total taxable income and his total tax owed were materially greater.

In violation of Title 26, United States Code, Section 7206(1).

**COUNT FOUR**
**(Aiding and Assisting in the Preparation of a False Tax Return)**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. Paragraphs 1 through 5 of Count One are incorporated here.

2. On or about January 26, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**WILLIAM F. DUNBAR, SR.,**

willfully aided and assisted in the preparation and presentation of a U.S. individual income tax return, Form 1040, for Person #1 for the tax year 2024, which was verified by a written declaration that it was made under the penalties of perjury, which were false and fraudulent as to material matters, in that the return reported: (i) gifts to charity of $171,178 (Schedule A, line 14); (ii) taxable income of $97,909 (Form 1040, line 15); and (iii) a tax amount overpaid of $38,628 (Form 1040, line 34); when, as defendant DUNBAR knew, Person #1's gifts to charity were materially less and Person #1's taxable income and amount overpaid were materially greater.

In violation of Title 26, United States Code, Section 7206(2).

/FOR

**DAVID METCALF**
**United States Attorney**

*No.* ___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM F. DUNBAR, SR.

**INFORMATION**

**26 U.S.C. § 7201 (tax evasion – 2 counts)**
**26 U.S.C. § 7206(1) (making and subscribing a false tax return – 1 count)**
**26 U.S.C. § 7206(2) (aiding and assisting in the preparation of a false tax return – 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**

A true bill.

______________________________
Foreman

Filed in open court this ____________________day,
Of ______________A.D. 20__________

______________________________
Clerk

Bail, $____________